IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff/Respondent, vs. EDWARD RONALD STAMPER, Defendant/Movant. | Cause No. CR 11-79-GF-BMm **ORDER re: "OBJECTIONS"** |

This case is before the Court on Defendant/Movant Edward Ronald Stamper's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Stamper is a federal prisoner proceeding pro se.

On September 2, 2015, the Court issued an order denying most of Stamper's claims for lack of merit and requiring the United States to file an Answer to others. On October 5, 2015, Stamper filed "Objections" to the Order. The Clerk docketed the "Objections" as a motion for reconsideration.

"Objections" are procedurally improper. At any rate, the objections lack merit. To the extent Stamper repeats old arguments, his reasoning remains unpersuasive. To the extent he alleges new facts concerning jury selection,[1] he fails to explain why he could not have presented his allegations before the Order was

---

[1] The Court previously stated that voir dire was not transcribed for appeal. *See* Order (Doc. 129) at 14 n.6. It was. *See* Voir Dire Tr. (Doc. 97). The oversight has no significance.

1

entered. He also fails to explain why drawing the jury pool from driver licensing and voter registration records results in systematic exclusion of Native Americans. Stamper fails to demonstrate any reason to reconsider the Order of September 2, 2015.

Accordingly, IT IS HEREBY ORDERED that Stamper's "Objections" (Doc. 135) are OVERRULED and, construed as a motion for reconsideration, DENIED.

<u>Stamper must immediately notify the Court of any change in his mailing address</u> by filing a "Notice of Change of Address." Failure to do so may result in dismissal of his § 2255 motion without notice to him.

DATED this 14th day of October, 2015.

/s/ Brian Morris
Brian Morris
United States District Court Judge